Daniel Weintraub - Bar #132111
James R. Selth - Bar #123420
Elaine V. Nguyen - Bar #256432
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660

FILED & ENTERED

FEB 19 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogier    DEPUTY CLERK

Attorneys for Debtor and Debtor-In-Possession,
 H GRANADOS COMMUNICATIONS, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA--SAN FERNANDO VALLEY DIVISION**

In re:

H GRANADOS COMMUNICATIONS, INC.,

Debtor and Debtor-In-Possession.

Case No. 1:12-bk-10197 AA

Chapter 11

**ORDER HOLDING REDIGER INVESTMENT CORP AND ITS COUNSEL DURINGER LAW GROUP PLC IN CONTEMPT FOR WILLFULLY VIOLATING THE AUTOMATIC STAY AND FOR DAMAGES**

Contempt Hearing
Date:       January 30, 2013
Time:      11:00 AM
Place:     Courtroom 303
              21041 Burbank Blvd.
              Woodland Hills, CA 91367

 Damages Hearing
Date:       March 13, 2013
Time:      10:30 AM
Place:     Courtroom 303
              21041 Burbank Blvd.
              Woodland Hills, CA 91367

1

**IN SAID DISTRICT, AT THE TIME AND PLACE ASCRIBED ABOVE:**

A hearing was held before the Honorable Alan M. Ahart, United States Bankruptcy Judge for the Central District of California, on the Court's *Order To Show Cause Why Rediger Investment Corp And Its Counsel Duringer Law Group PLC Should Not Be Found In Contempt For Willfully Violating The Automatic Stay And Why Damages Should Not Be Awarded* **[Doc. #232]**. Elaine V. Nguyen appeared on behalf of H Granados Communications, Inc., the debtor and debtor-in-possession ("Debtor"). Edward Laird appeared on behalf of Rediger Investment Corporation ("Rediger") and on behalf of the Duringer Law Group PLC ("Duringer Firm"). There were no other appearances as reflected on the record.

The Court having considered the Debtor's *Motion For an Order To Show Cause Why Rediger Investment Corp And Its Counsel Duringer Law Group PLC Should Not Be Found In Contempt For Willfully Violating The Automatic Stay And Why Damages Should Not Be Awarded* (the "Motion") **[Doc. #226]**, *Rediger Investment Corporation's Objection And Opposition to Debtor's OSC re: Contempt* **[Doc. # 227]**, *Rediger Investment Corporation's and Duringer Law Group, PLC's Supplemental Opposition To The Debtor's OSC re: Contempt* **[Doc. # 238]**, the Debtor's *Response to Rediger Investment Corp and Duringer Law Group PLC's Opposition To Order To Show Cause re Contempt For Willfully Violating The Automatic Stay And Why Damages Should Not Be Awarded* **[Doc. #242]**, and based upon the papers and pleadings on file herein and the arguments of counsel at the hearing; and for good cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. Rediger and the Duringer Firm are held in contempt for willful violation of the automatic stay;

2

2. The Debtor is awarded damages of attorneys' fees and costs incurred;

3. The Debtor shall have until February 13, 2013 to file a declaration evidencing the amount of damages, including attorneys' fees and costs incurred ("Declaration of Damages");

4. Rediger and the Duringer Firm shall have until February 27, 2013 to file an objection, if any, that is limited to the Declaration of Damages;

5. The Debtor shall have until March 6, 2013 to file a reply;

6. The Court shall hold a hearing on the Declaration of Damages in Courtroom 303, located at 21041 Burbank Blvd. Woodland Hills, CA 91367, on **March 13, 2013 at 10:30 a.m**.

###

Date: February 19, 2013

Alan M. Ahart
United States Bankruptcy Judge

3

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER HOLDING REDIGER INVESTMENT CORP AND ITS COUNSEL DURINGER LAW GROUP PLC IN CONTEMPT FOR WILLFULLY VIOLATING THE AUTOMATIC STAY AND FOR DAMAGES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 8, 2013,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David E Ambill    ambill.david@gmail.com, daveambill@aol.com
- R Scott Andrews    sandrews@duringerlaw.com
- Sara Chenetz    chenetz@blankrome.com, chang@blankrome.com;darling@blankrome.com
- Orestes A Cross    ocross@walstonlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Peter F Jazayeri    jazayeri@blankrome.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Elaine Nguyen    elaine@wsrlaw.net, megan@wsrlaw.net
- S Margaux Ross    margaux.ross@usdoj.gov
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;megan@wsrlaw.net
- Aely K. Ullrich    aely.k.ullrich@irscounsel.treas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, erika@wsrlaw.net;megan@wsrlaw.net

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Denis K. Rediger                                       Stephen C. Duringer
Rediger Investment Corp.                          Duringer Law Group, PLC
500 E. Olive Ave., Suite 840                       P. O. Box 2489
Burbank, CA 91501-2180                           Lake Arrowhead, CA 92352-2489

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: